IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEVIN JONES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-293 (MTT) |
| JEFF PETTY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Clarification of the Order.[1] (Doc. 47). On September 29, 2011, the Court adopted United States Magistrate Judge Charles H. Weigle's Recommendation stating that the Plaintiff:

- Is not entitled to injunctive relief pursuant to the October 20, 2010, order.
- Can receive damages on his excessive force claims.
- Cannot receive compensatory or punitive damages on his free exercise of religion claims
- Can receive nominal damages on his free exercise of religion claims.

**SO ORDERED**, this the 20th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Plaintiff claims he twice moved to extend the time to object, but neither motion is in the record. Nonetheless, considering the Objection as timely filed does not change the conclusions in the Order.