IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KEVIN JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-293 (MTT) |
| | ) | |
| **JEFF PETTY**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 68). The Magistrate Judge, having reviewed Defendants Jeff Petty, Chance Allen, Officer Davidson, Montien R. Duncan, and Wesley Nunn's Motion for Summary Judgment (Doc. 52), recommends granting the Motion. With regard to the Plaintiff's excessive force and Ramadan-related denial of free exercise of religion claims, the Recommendation concludes that the Plaintiff failed to exhaust his available administrative remedies pursuant to 42 U.S.C. § 1997(e)(a). With regard to the Plaintiff's remaining claims, the Recommendation concludes that the Plaintiff failed to create a genuine issue of material fact.

The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Therefore, Defendants Jeff Petty, Chance

Allen, Officer Davidson, Montien R. Duncan, and Wesley Nunn's Motion for Summary Judgment (Doc. 52) is **GRANTED**. This case is **DISMISSED**.

**SO ORDERED**, this the 4th day of September, 2012.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT